**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

LADEITRIC HAMPTON                                                                    PLAINTIFF

V.                                        5:16CV00242 JM/JTR

SHERIDAN DETENTION CENTER, et al.                                          DEFENDANTS

## ORDER

The Court has reviewed the recommendation submitted by United States Magistrate Judge

J. Thomas Ray and the objections. After carefully considering these documents and making a *de*

*novo* review of the record, the Recommendation is approved and adopted in its entirety as this

Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1.       Hampton may proceed with his inadequate medical care claim against Bryant and

Green.

2.       The Clerk is directed to prepare a summons for Bryant and Green. The U.S. Marshal

is directed to serve the summons, complaint, amended complaint, and this Order on them without

prepayment of fees and costs or security.  If either defendant is no longer a Sheridan County

employee, the individual responding to service must file a **sealed** statement providing the unserved

defendant's last known private mailing address.

3.       Hampton's claims against the John Does are dismissed without prejudice.

4.       Hampton's claims against the Sheridan Detention Center, United States of America,

and the United States Marshal's Service are dismissed with prejudice.

5.       It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal

from this Order would not be taken in good faith.

     Dated this 21st day of October, 2016.

_____
UNITED STATES DISTRICT JUDGE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

LADEITRIC HAMPTON                                                    PLAINTIFF

V.                          5:16CV00242 JM/JTR

SHERIDAN DETENTION CENTER, et al.                         DEFENDANTS

**ORDER**

The Court has reviewed the Recommendation submitted by United States Magistrate Judge

J. Thomas Ray.  No objections have been filed. After careful review, the Recommendation is

approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1.      Hampton may proceed with his inadequate medical care claim against Bryant and

Green.

2.      The Clerk is directed to prepare a summons for Bryant and Green. The U.S. Marshal

is directed to serve the summons, complaint, amended complaint, and this Order on them without

prepayment of fees and costs or security.  If either defendant is no longer a Sheridan County

employee, the individual responding to service must file a **sealed** statement providing the unserved

defendant's last known private mailing address.

3.      Hampton's claims against the John Does are dismissed without prejudice.

4.      Hampton's claims against the Sheridan Detention Center, United States of America,

and the United States Marshal's Service are dismissed with prejudice.

5.      It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal

from this Order would not be taken in good faith.

Dated this _____ day of _____, 2016.

_____
UNITED STATES DISTRICT JUDGE