UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LADEITRIC HAMPTON                                                                   PLAINTIFF

V.                                    5:16CV00242 JM/JTR

SHERIDAN DETENTION CENTER, et al.                                        DEFENDANTS

## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that defendant Melaine Bryant's and Shane Green's motion for summary judgment (Doc. 21) is granted, and plaintiff Ladeitric Hampton's inadequate medical care claims against them are dismissed with prejudice.

Dated this 19th day of December, 2017.

_____
UNITED STATES DISTRICT JUDGE